■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY JONES, Appellant. [754 NYS2d 889] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered June 23, 1999, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JONES, Appellant. [754 NYS2d 890] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered February 9, 2000, convicting him of crim-

inal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court providently exercised its discretion in denying the defendant's request for substitution of counsel. The defendant's disagreements with his attorney amounted to little more than a dispute over trial tactics and strategy. Therefore, the defendant failed to establish good cause for assignment of a new attorney (*see People v Sides,* 75 NY2d 822, 824; *People v Banks,* 265 AD2d 163; *People v Marcotte,* 237 AD2d 379). Altman, J.P., Smith, McGinity and Townes, JJ., concur.